IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES SOTO, | ) | |
| | ) | No. 24-cv-10869 |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Hon. Martha M. Pacold |
| | ) | Magistrate Hon. Laura K. McNally |
| WILLIAM FOSTER, *et al.*, | ) | |
| | ) | JURY TRIAL DEMANDED |
| *Defendants*. | ) | |

| | | |
|---|---|---|
| | ) | |
| DAVID AYALA, | ) | No. 24-cv-12800 |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| | ) | Hon. Martha M. Pacold |
| v. | ) | Magistrate Hon. Laura K. McNally |
| | ) | |
| WILLIAM FOSTER, et al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| *Defendants*. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's September 2, 2025 Minute Entry (*Soto* Dkt. 197) and July 7, 2025 Minute Entry (*Ayala* Dkt. 140), the parties jointly submit this status report:

1. Since the last status report, the parties have continued exchanging written discovery, issuing document subpoenas, and conducting several third-party depositions.

2. To date, the parties have completed depositions of the following third parties:

   a. Robert Jaquez
   b. Thomas Gutierrez
   c. Juan Padilla
   d. Vince Hodge
   e. Wally Cruz
   f. Hugo Flores
   g. Salvador Guzman
   h. Randy Hodge

1

      i.   Ruben Palomo
      j.   Mario Abarca

3. Additionally, the parties have scheduled the following upcoming depositions:

| *Deponent* | *Deposition Date* | *Taking Party* |
|---|---|---|
| Isabelle Gomez | November 6, 2025 | Plaintiff |
| Roger Ramirez | November 10, 2025 | Defendants |
| Defendant Ernest Hernandez | November 17, 2025 | Plaintiff |
| Defendant William Foster | December 9, 2025 | Plaintiff |
| Defendant Jack Smeeton | January 6, 2026 | Plaintiff |
| Defendant Gregg Owen | January 9, 2026 | Plaintiff |

4. Lastly, the parties have blocked off more dates for depositions and have jointly designated certain dates as "Plaintiff-led" and others as "Defense-led" as outlined below.

| *Plaintiff* | *Defendants* |
|---|---|
| • November 3rd | • November 10th |
| • November 6th | • November 13th |
| • November 17th | • December 3rd |
| • November 19th | • December 5th |
| • December 9th | • December 16th |
| • December 11th | • December 18th |
| • December 22nd | • December 29th |

5. The other witnesses the parties plan to depose, but have not yet scheduled, include but are not limited to: Lisa Suarez, Johnny Martinez, Robert Villagomez, and Tyrone Ayala. Defendants are also in the process of attempting to certain records of both Plaintiffs from various correctional facilities.

DATED: November 3, 2025

Respectfully Submitted,

*/s/ Gianna Gizzi*
*Counsel for Plaintiff James Soto*

Jon Loevy

Russell Ainsworth
Gianna Gizzi
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
gizzi@loevy.com

*/s/ Josh Morrison*
*Counsel for Plaintiff David Ayala*

Jennifer Bonjean
Gabriella Orozco
Joshua Morrison
Bonjean Law Group, PLLC
233 Broadway, Suite 707
New York, New York 10279
Tel: 718.875.1850
Fax: 718.230.0582
josh@bonjeanlaw.com

Chicago Address:
Bonjean Law Group, PLLC
53 W. Jackson Blvd., Ste. 315
Chicago, Illinois 60604

*/s/ John Timbo*
*Counsel for Remaining Individual Defendants*

James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
John J. Timbo
Kylie R. Dodd
Katherine E. Linehan
The Sotos Law Firm, P.C.
141 W. Jackson Blvd. Suite 1240A
Chicago, IL 60604
(630) 735 3300
jtimbo@jsotoslaw.com

*/s/ Eileen Rosen*
*Special Assistant Counsel for the City of Chicago*

Eileen E. Rosen
Theresa Berousek Carney

3

Austin G. Rahe
Catherine M. Barber
Rock Fusco & Connelly, LLC
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60606
312-494-1000
tcarney@rfclaw.com

*/s/ Amanda C. Guertler*
*Counsel for Defendant Reynaldo Guevara*

Steven B. Borkan
Timothy P. Scahill
Emily E. Schnidt
Misha Itchhaporia
Amanda C. Guertler
Borkan & Scahill, Ltd.
20 S. Clark St., Ste 1700
Chicago, Illinois 60603

*/s/ Stephen D. Mehr*
*Counsel for Defendants Owen, Smeeton, & McMahon*

James M. Lydon
Michael C. Stephenson
Matthew R. Howroyd
Stephen D. Mehr
Hinshaw & Culbertson LLP
151 N. Franklin St., Ste. 2500
Chicago, IL 60606
(312) 704-3000
smehr@hinshawlaw.com

*/s/ Kelli Huntsman*
*Counsel for Defendant Cook County*

Kelli Huntsman
Miguel Larios
Cook County State's Attorney's Office
50 W Washington St., Suite 500
Chicago, IL 60602
312-630-7379
Kelli.huntsman@cookcountysao.org